UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHANISE ALEAH WATKINS,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------------X

22-CV-03619 (PGG)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2022

**SARAH NETBURN, United States Magistrate Judge:**

    On August 11, 2022, the Commissioner of Social Security filed a Motion to Dismiss or, alternately, a Motion for Summary Judgment, because Plaintiff filed her appeal after the April 25, 2022 deadline. ECF No. 13. Plaintiff shall file her opposition to the Motion by no later than September 14, 2022. Plaintiff is encouraged to seek legal assistance from the free NYLAG Legal Clinic by contacting them at (212) 805-0175 during normal business hours, 8:30 a.m. – 5:00 p.m., Monday – Friday.

    The Commissioner's reply, if any, shall be filed by September 28, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               August 15, 2022