```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHANISE ALEAH WATKINS,

                    Plaintiff,                        22-CV-03619 (PGG)(SN)

        -against-                                    **ORDER**

COMMISSIONER OF SOCIAL SECURITY, et al.,

                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 11, 2022, the Commissioner moved to dismiss Plaintiff's Complaint. ECF No. 13. Plaintiff was ordered to file her opposition to the Motion no later than September 14, 2022. ECF No. 20. As of the issuance of this order, Plaintiff has not filed her opposition. Plaintiff shall oppose by September 30, 2022, or the Court shall consider the matter fully briefed. Plaintiff is encouraged to seek legal assistance from the free NYLAG Legal Clinic by contacting them at (212) 805-0175 during normal business hours, 8:30 a.m. – 5:00 p.m., Monday-Friday.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:       New York, New York
                 September 22, 2022