```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHANISE ALEAH WATKINS,

                Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

22-CV-03619 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 11, 2022, the Commissioner moved to dismiss Plaintiff's Complaint. ECF No. 13. Plaintiff was ordered to file her opposition to the motion no later than September 14, 2022. ECF No. 20. Plaintiff did not file her opposition by this date, and she was again ordered to file her opposition to the motion by September 30, 2022. ECF No. 21. Because Plaintiff has not opposed the motion, this matter is now fully briefed.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               October 4, 2022