**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SHANISE ALEAH WATKINS,

                Plaintiff,                22 **CIVIL** 3619 (PGG)(SN)

    -against-                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 22, 2024, the R&R is adopted in its entirety, and the case is dismissed. Accordingly, the case is closed.

**Dated:** New York, New York

    January 23, 2024

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**

                **BY:**
                                        _____
                                           **Deputy Clerk**